**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50575 |
| Plaintiff - Appellee, | D.C. No. 8:12-cr-00165-SVW-1 |
| v. | |
| ISIDRO MARIN HERNANDEZ, AKA Jose Ines Marin Jimenez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California, Santa Ana
Stephen V. Wilson, District Judge, Presiding

Argued and submitted November 6, 2013
Pasadena, California

Before: FISHER and CLIFTON, Circuit Judges, and SINGLETON, District Judge.[**]

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.

Any alleged breach of the terms of the plea agreement by the government did not amount to plain error because there is no basis to conclude that the sentence imposed by the district court was affected by the prosecution's comments in its sentencing memorandum. *See United States v. Gonzalez-Aguilar*, 718 F.3d 1185, 1188-90 (9th Cir. 2013). In addition, the district court offered sufficiently clear and individualized reasons for rejecting the plea agreement. *See In re Morgan*, 506 F.3d 705, 711-12 (9th Cir. 2007).

**AFFIRMED.**